UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**     Case No. 05-cr-144-01-PB

**Holland Smith**

**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case. Defendant cites the need for additional time to negotiate a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from October 4, 2005 to December 6, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 19, 2005 final pretrial conference is continued until November 28, 2005 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 19, 2005

cc: Paul Haley, Esq.
    Donald Feith, Esq.
    United States Probation
    United States Marshal